IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-859 T

(Judge Lawrence J. Block)

JOHN P. BOLAND and VERONICA M. BOLAND,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

The parties, through their attorneys, respectfully request that proceedings be suspended in the above-captioned case. This case is an AMCOR case that presents issues of fact and law in common with *Robert J. Isler and Susan L. Isler v. United States,* Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T, *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-2028 T, *William P. Smith, Jr. and Anne D. Smith v. United States*, Fed. Cl. No. 04-907 T, and *John F. and Pamela F. Hinck v. United States,* Fed. Cl. No. 03-865 T. Accordingly, the parties request that proceedings be suspended pending a final decision in *Isler*, *Scuteri*, *Prati*, *Keener*, and *Smith*, and final appellate action in *Hinck*.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

Respectfully submitted,

| | |
|---|---|
| 2/09/2007 | s/Thomas E. Redding by s/Bart D. Jeffress |
| Date | THOMAS E. REDDING<br>Redding & Associates, P.C.<br>2914 W.T.C. Jester<br>Houston, Texas 77018<br>(713) 965-9244<br>(713) 621-5227 (fax) |
| | Attorney for Plaintiffs |
| 2/09/2007 | s/Bart D. Jeffress |
| Date | BART D. JEFFRESS<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 307-6496<br>(202) 514-9440 (fax) |
| | EILEEN J. O'CONNOR<br>Assistant Attorney General<br>DAVID GUSTAFSON<br>Chief, Court of Federal Claims Section<br>STEVEN I. FRAHM<br>Assistant Chief, Court of Federal Claims Section |
| 2/09/2007 | s/Steven I. Frahm |
| Date | Of Counsel |
| | Attorneys for Defendant |